01

02

03

04

05

06          UNITED STATES DISTRICT COURT
         WESTERN DISTRICT OF WASHINGTON
07                    AT SEATTLE

08  UNITED STATES OF AMERICA,              )
                                           )
09          Plaintiff,                     )
                                           )   Case No. CR09-112-RSL
10          v.                             )
                                           )
11  JEFFREY MARTIN JANES,                  )   DETENTION ORDER
                                           )
12          Defendant.                     )
    _____ )

13
    Offenses charged:
14
            Count 1-2:    Felon in Possession of a Firearm, in violation of 18 U.S.C. §§
15                        922(g)(1) and 924(a)(2)

16          Count 3:      Possession of a Machinegun, in violation of 18 U.S.C. §§ 922(o)(1)
                          and 924(a)(2)
17
            Count 4:      Making Counterfeit Currency, in violation of 18 U.S.C. § 471
18
            Count 5:      Possession of Counterfeit Currency, in violation of 18 U.S.C. § Section
19                        472

20
    Date of Detention Hearing:    June 9, 2009.
21
            The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and
22
    based upon the factual findings and statement of reasons for detention hereafter set forth,
23
    finds the following:
24
    FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION
25
            (1)   Defendant has substantial on-going substance abuse problems.
26

01     (2)    Defendant has mental health problems, including previous attempts to commit

02              suicide.

03     (3)    Defendant was arrested with multiple firearms, including a machine gun and

04              fully loaded handguns.

05     (4)    When defendant was arrested, he had equipment needed for a marijuana grow

06              operation.

07     (5)    Defendant is a danger to the community that cannot be addressed by

08              conditions or combination of conditions short of detention.

09 IT IS THEREFORE ORDERED:

10     (1)    Defendant shall be detained pending trial and committed to the custody of the

11              Attorney General for confinement in a correctional facility separate, to the

12              extent practicable, from persons awaiting or serving sentences or being held in

13              custody pending appeal;

14     (2)    Defendant shall be afforded reasonable opportunity for private consultation

15              with counsel;

16     (3)    On order of a court of the United States or on request of an attorney for the

17              government, the person in charge of the corrections facility in which defendant

18              is confined shall deliver the defendant to a United States Marshal for the

19              purpose of an appearance in connection with a court proceeding; and

20     (4)    The Clerk shall direct copies of this Order to counsel for the United States, to

21              counsel for the defendant, to the United States Marshal, and to the United

22              States Pretrial Services Officer.

23              DATED this 10th day of June, 2009.

24

25                                       JAMES P. DONOHUE

26                                     United States Magistrate Judge

DETENTION ORDER                                      15.13
18 U.S.C. § 3142(i)                                     Rev. 1/91
PAGE 2