IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | Cause No. CR09-112RSL |
| Plaintiff, | |
| v. | ORDER CONTINUING PRE-TRIAL MOTIONS DEADLINE |
| JEFFERY JANES, | |
| Defendant. | |

THIS MATTER HAVING COME on/or before the undersigned Judge, upon the motion of the defendant, JEFFERY JANES for an order continuing the pre-trial motions deadline, and the court having considered the defendant's motion and the records and files herein.

THE COURT HAVING FOUND that counsel for Mr. Janes and counsel for the government agree that a continuance of the pre-trial motions deadline is necessary because defense counsel needs additional time review and evaluate the physical evidence and entertain plea negotiations.

IT IS HEREBY ORDERED that the pretrial motions deadline be continued to July 10, 2009.

Dated this 26th day of June, 2009.

_MW S Lasnik_
Robert S. Lasnik
United States District Judge

NOTICE OF INTENT TO WITHDRAW  - 1

JESSICA RILEY, ATTORNEY AT LAW
800 FIFTH AVENUE, SUITE 4000
SEATTLE, WASHINGTON  98104
TEL: (206) 892-2201
FAX: (206) 464-0461